IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:19-10006-STA |
| HERMAN LEON PRICE, | ) |
| Defendant. | ) |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on April 19, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Herman Leon Price, appearing in person, and with counsel, Jawara Griffin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2, 3 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 23, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of April, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT